BASTION, appellant, v. FLANDERS *et al.*

*Contract — conditional sale — evidence.*

Defendants agreed to purchase from plaintiff two water-wheels, if such wheels were of sufficient capacity to drive their saw with the water power at their mill. Plaintiff set up the wheels, agreeing that if they did not, after reasonable trial, perform the work required, he would take them out and replace the old wheels. The wheels were found on trial incapable of performing the work, of which plaintiff had notice. *Held*, that plaintiff was not entitled to recover the price of the wheels.

Evidence that wheels of the same kind under different circumstances had performed work of a different nature, which experts estimated required double the amount of power required for defendant's work held inadmissible upon the question of the capacity of the wheels put in defendant's mill.

*Sawyer & Russell*, for appellant.

*Dart & Tappan*, for respondent.

PARKER, J.

*Judgment affirmed.*

---

McDONALD v. BARTON, appellant.

*Evidence.*

At the trial of an action for work, labor, etc., as a carpenter, one claim was for building some stairs. A carpenter testifying on behalf of defendant was asked "How long would it take a carpenter and joiner to build those steps." *Held*, A proper question, "time" being one element of plaintiff's claim.

*Jas. W. Sheahy* and *R. L. Hand*, for appellant.

*Waldo, Tobey & Beckwith* and *S. Hand*, for respondent.

J. POTTER, J.

*Judgment set aside and new trial granted.*